UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENDURANCE WARRANTY SERVICES, L.L.C., an Illinois entity,<br><br>Defendant. | Case No.: 3:25-cv-02694-GPC-KSC<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>**[ECF No. 6]** |

On December 29, 2025, Defendant filed a motion to dismiss. ECF No. 6. On December 31, 2025, Plaintiff filed an amended complaint. ECF No. 8. As Plaintiff has the right to amend within 21 days after service of a motion under Rule 12(b), *see* Fed. R. Civ. P. 15(a)(1)(B), the motion to dismiss brought by Defendant is now moot. Thus, IT IS HEREBY ORDERED Defendant's Motion to Dismiss, ECF No. 6, is DENIED AS MOOT. The hearing on the motions set for March 13, 2026 is VACATED.

**IT IS SO ORDERED.**

Dated: January 5, 2026

Hon. Gonzalo P. Curiel
United States District Judge

1

3:25-cv-02694-GPC-KSC