Damian M. Moos (SBN 240030)
dmoos@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, California  91101
Telephone:  (949) 800-8602
Facsimile:   (626) 795-4790

Attorney for Defendant,
ENDURANCE WARRANTY SERVICES, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ, BIANCA GARCIA, BARBARA WAINWRIGHT AND TOMMY PURSCELLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENDURANCE WARRANTY SERVICES, LLC, an Illinois entity,<br><br>Defendant. | Case No.: 3:25-cv-02694-GPC-KSC<br><br>**DEFENDANT ENDURANCE WARRANTY SERVICES, LLC'S NOTICE OF RELATED CASES** |

Defendant Endurance Warranty Services, LLC ("Endurance"), by and through its counsel, hereby notifies the Court pursuant to Civil Local Rule 40.1(f) that this action is related to the following cases.

1. **Evon Martin, et al. v. Endurance Warranty Services, LLC, Case No. 1:26-cv-01334 (N.D. Ill.):** This matter is pending in the United States District Court for the Northern District of Illinois. The complaint was originally filed on October 1, 2025, in the Circuit Court of Cook County, Illinois (and is now pending in the Northern District of Illinois). This case is related because it involves (1) the same defendant, (2) overlapping putative classes, and (3) identical factual and legal issues arising from alleged unsolicited commercial emails that purportedly violate California Business & Professions Code § 17529.5 (i.e., the same statute at issue in this action). Endurance is represented by the same counsel in both actions.

2. **Bianca Garcia v. CNO Services, LLC, Case No. 25STCV34760 (Los Angeles Superior Court):** This matter is pending in the Superior Court of California, County of Los Angeles. The complaint was filed on December 1, 2025. This case is related because it is brought by one of the same named plaintiffs (Bianca Garcia), involves the same plaintiffs' counsel, and asserts the same claims under California Business & Professions Code § 17529.5 based on allegedly unlawful commercial emails. The pleading further reflects plaintiff's stated intent to amend to allege a class action if the matter is not promptly resolved, creating a similar putative class of California email recipients.

3. **Bianca Garcia v. Informed Choice LLC, Case No. 25STCV34766 (Los Angeles Superior Court):** This matter is pending in the Superior Court of California, County of Los Angeles. The complaint was filed on December 1, 2025. This case is related because it is brought by one of the same named plaintiffs (Bianca Garcia), involves the same plaintiffs' counsel, and

asserts the same claims under California Business & Professions Code § 17529.5 based on allegedly unlawful commercial emails. The pleading further reflects plaintiff's stated intent to amend to allege a class action if the matter is not promptly resolved, creating a similar putative class of California email recipients.

4. **Bianca Garcia v. AARP, Los Angeles Superior Court Case No. 25STCV35136 / C.D. Cal. Case No. 2:26-cv-02072-SVW-PD:** Plaintiff filed the action in Los Angeles Superior Court on December 2, 2025. Plaintiff filed a First Amended Complaint on January 27, 2026. The action was removed to the United States District Court for the Central District of California on February 26, 2026. This case is related because it is brought by one of the same named plaintiffs (Bianca Garcia), involves the same plaintiffs' counsel, and asserts the same legal claims under California Business & Professions Code § 17529.5 based on allegedly unlawful commercial emails. It also purports to bring a similar putative class of California email recipients. Defendants in both actions are represented by the same counsel.

5. **Pettiford v. Concora Credit Inc., Case No. 3:26-cv-00709-JES-BLM (S.D. Cal.):** This matter is pending in the United States District Court for the Southern District of California and was filed on February 4, 2026. This case is related because it involves the same counsel for both parties and asserts the same legal claims under California Business & Professions Code § 17529.5 based on allegedly unlawful commercial emails. It also purports to bring a similar putative class of California email recipients.

6. **Bianca Garcia v. The Bank of Missouri, Case No. 25STCV34811 (Los Angeles Superior Court):** This matter is pending in the Superior Court of California, County of Los Angeles. The complaint was filed on December 1, 2025. This case is related because it is brought by one of the same named

NOTICE OF RELATED CASES

25cv02694

plaintiffs (Bianca Garcia), involves the same plaintiffs' counsel, and asserts the same claims under California Business & Professions Code § 17529.5 based on allegedly unlawful commercial emails. The pleading further reflects plaintiff's stated intent to amend to allege a class action if the matter is not promptly resolved, creating a similar putative class of California email recipients.

WHEREFORE, Defendant Endurance respectfully submits this Notice that the above-identified actions are related to this action under Civil Local Rule 40.1(f).

Dated: March 9, 2026

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP

*/s/ Damian M. Moos*
Damian M. Moos
Attorney for Defendant
ENDURANCE WARRANTY SERVICES, LLC

4934-4577-4227, v. 3